1  ANNE HIARING, Esq. Bar No. 88639
   LAW OFFICE OF ANNE HIARING
2  19 Brookmont
   San Anselmo, CA  94960
3  Telephone: (415) 457-2040
   Facsimile:  (415) 457-2822
4  Email:  anne@hiaringlaw.com

5  Attorneys for Plaintiff
   MEREDITH ROBINSON
6

7

8
                    UNITED STATE DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  MEREDITH ROBINSON, an individual,      )  Case No.  C 06-4274 MHP (ADR)
                                           )
12                              Plaintiff, )  **STIPULATION FOR DISMISSAL**
                                           )
13  v.                                     )
                                           )
14  CERAMIC TILE TRENDS, INC., a Texas     )
    corporation; HOMER TLC, INC., a Delaware )
15  corporation,                           )
                                Defendants. )
16  _____)

17

18          Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Meredith Robinson

19  and Defendants Ceramic Tiles Trends, Inc. and Home Depot USA, Inc., by counsel, stipulate that the

20  ///

21  ///

22  ///

23

24

25

above-entitled action be and is voluntarily dismissed, with prejudice.

DATED:   January 3, 2007

LAW OFFICE OF ANNE HIARING

By_____

ANNE HIARING, Esq.
Attorneys for Plaintiff

DATED:   January 3, 2007

ROPERS, MAJESKI, BENTLY & KOHN

By_____

Thomas O'Leary, Esq.
Attorneys for Defendants

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
01/04/07
NORTHERN DISTRICT OF CALIFORNIA